HARRY MEYER, Appellant, v. FORD MOTOR COMPANY, Respondent. HARRY MEYER, Appellant, v. RUSSELL KUZMACK, Respondent.

Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.